**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
RIGOBERTO ADELSO RAMOS, LUIS
ALONSO DIAZ, TARCICIO ADALBER
VASQUEZ, and GREGORIO CORTES,

                Plaintiffs,                    **JUDGMENT**

    -against-                                    12-CV-3372 (RER)

PAPCITIOS BROOKLYN LLC, CODY
UTZMAN,

                Defendant.
------------------------------------------------------X

      Whereas Rigoberto Adelso Ramos, Luis Alonso Diaz, Tarcicio Adalber Vasquez, and Gregorio Cortes (collectively, "Plaintiffs") commenced this lawsuit against Papcitios Brooklyn LLC and Cody Utzman (collectively, "Defendants") for wage and hour violations under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.,* and New York Labor Law ("NYLL"), N.Y. Lab. Law §§ 650 *et seq.*, N.Y. Comp. Codes R. & Regs. tit. 12, §142-2.2 *et seq.* ; and

      Whereas the case settled on December 20, 2012; and

      Whereas, the Honorable Ramon E. Reyes, Jr. issued a Summary Order enforcing the settlement on August 27, 2013, finding (1) Defendants jointly and severally liable for $75,000 for the remaining settlement payments; (2) Defendants jointly and severally liable for $16,000 in late-payment penalties pursuant to the Agreement; and (3) Defendants jointly and severally liable for $5,600 in attorneys' fees.

      **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiffs Rigoberto Adelso Ramos, Luis Alonso Diaz, Tarcicio Adalber Vasquez, and Gregorio

JUDGMENT 12-CV-3372 (RER)

Cortes and against Defendants Papcitios Brooklyn LLC and Cody Utzman, jointly and severally, in the amount of $96,600.

**Dated: August 29, 2013**
       **Brooklyn, New York**

*Ramon E. Reyes, Jr.*
**Ramon E. Reyes, Jr.**
**United States Magistrate Judge**